IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY L. CORTER,              ) | |
|               Plaintiff,   ) | 4:09CV3091 |
|     v.              ) | |
| MICHAEL J. ASTRUE,          ) | ORDER |
| Commissioner of Social       ) | |
| Security,                   ) | |
|               Defendant.   ) | |

IT IS ORDERED:

Plaintiff's application to proceed in *forma pauperis,* filing no. 2, is granted and plaintiff shall be allowed to proceed without payment of filing fees and fees for service of process.

The marshal is directed to serve process without payment of fees and expenses.

DATED May 11, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge